In the Matter of the Accounting of JOHN R. MACKINNEY et al., as Executors of GLENN F. McKINNEY, Deceased. CONSTANCE C. MACKINNEY, as Administratrix of the Estate of JOHN L. MACKINNEY, 2nd, Deceased, Appellant; JOHN R. MACKINNEY et al., as Executors and Trustees, et al., Respondents.— Decree of the Dutchess County Surrogate's Court dismissing appellant's petition to set aside the decree of the court in the final accounting entered December 4, 1939, and for other relief, insofar as appealed from, unanimously affirmed, with costs to respondents filing briefs, payable out of the estate. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ. [See *post,* p. 910.]

JOSEPHINE M. MELI, as Administratrix of the Estate of CYRUS P. MELI, Deceased, Respondent, v. PASQUALE FASOLINO, Appellant.— Action to recover damages for the death of plaintiff's intestate, a passenger in defendant's automobile, from injuries sustained when the car left the road and struck a stone culvert. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

HELEN PLATT, Respondent, v. MAX PLATT, Appellant.— Appeal by defendant from an order confirming a report of an Official Referee which required him to post a surety bond to insure the payment of alimony provided in a judgment of divorce, and allowed counsel fee. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOE DIAMOND, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting him of a violation of section 974 of the Penal Law (unlawful possession of policy slips). Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.